UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

Discotheque, Inc., et al.

vs.                                         CASE NO.  1:19-cv-00074-JRH-BKE

Augusta-Richmond County, Georgia, et al

DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for __the plainitffs__ certifies that the following is a full and complete list of the parties in this action:

Name  Discotheque, Inc.                      Identification & Relationship  Plaintiffs
      Thelmore James Lester (Executor
      of the Estate of James Thelmore
      Lester)

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Name  Thelmore James Lester    Identification & Relationship  Executor/CFO-Discotheque, Inc.
      Carolyn Johnson                                         CEO-Discotheque, Inc.
      January Rush                                            Secretary-Discotheque, Inc.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Name  None; no parent or holding       Identification & Relationship
      companies; no other person owns
      10% or more of a party's stock

_____          _Aug. 9, 2019_
Signature                                 Date