```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
                      AUGUSTA DIVISION

DISCOTHEQUE, INC., et al.,   *
                             *     CIVIL ACTION FILE
       Plaintiffs,           *
                             *     No. 1:19-cv-0074-JRH-BKE
       -vs-                  *
                             *
AUGUSTA-RICHMOND COUNTY,     *
GEORGIA, et al.,             *
                             *
       Defendants.           *
```

## RULE 26(f) REPORT

1.  **Date of Rule 26(f) conference**:  August 1, 2019.

2.  **Parties or counsel who participated in conference**:

    **For the plaintiffs**: Cary S. Wiggins

    **For the defendants**: Randolph Frails
    　　　　　　　　　　　　Tameka Haynes

3.  **If any defendant has yet to be served, please identify the defendant and state when service is expected.**

    All defendants have been served.

4.  **Date the Rule 26(a)(l) disclosures were made or will be made:**

    By August 15, 2019.

5.  **If any party objects to making the initial disclosures required by Rule 26(a)(l) or proposes changes to the timing or form of those disclosures,**

    (a)  Identify the party or parties making the objection or proposal:

    　　　No objections or proposed changes.

      **(b) Specify the objection or proposal:**

      None.

6. **The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,**

    **(a) Identify the party or parties requesting additional time:**

    No party is requesting additional time.

    **(b) State the number of months the parties are requesting for discovery:**

    5 months.

    **(c) Identify the reason(s) for requesting additional time for discovery:**
       \_\_\_ Unusually large number of parties
       \_\_\_ Unusually large number of claims or defenses
       \_\_\_ Unusually large number of witnesses
       \_\_\_ Exceptionally complex factual issues
       \_\_\_ Need for discovery outside the United States
       \_\_\_ Other:_____

    **(d) Please provide a brief statement in support of each of the reasons identified above:**

    Not applicable.

7. **If any party is requesting that discovery be limited to particular issues or conducted in phases, please**

    **(a) Identify the party or parties requesting such limits:**

    None; not applicable.

    **(b) State the nature of any proposed limits:**

    None; not applicable.

8. **The Local Rules provide, and the Court generally imposes, the following deadlines:**

| | |
|---|---|
| **Last day for filing motions to add or join parties or amend pleadings** | **60 days after issue is joined** |
| **Last day to furnish expert witness report by plaintiff** | **60 days after Rule26(fJ conference** |
| **Last day to furnish expert witness report by a defendant** | **90 days after Rule 26(:0 conference (or 60 days after the answer, whichever is later)** |
| **Last day to file motions** | **30 days after close of discovery** |

**If any party requests a modification of any of these deadlines,**

**(a)   Identify the party or parties requesting the modification:**

  No modifications requested.

**(b)   State which deadline should be modified and the reason supporting the request:**

  None; not applicable.

**9.   If the case involves electronic discovery,**

  **(a)   State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memoralized in the scheduling order, briefly describe the terms of their agreement:**

  The parties are discussing ESI search and production options, but do not anticipate any dispute.

  **(b)**  **Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:**

    None to date.

10. **If the case is known to involve claims of privilege or protection of trial preparation material,**

  **(a)**  **State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:**

    The parties have not reached an agreement but will follow Rule 26(b)(5).

  **(b)**  **Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):**

    None.

  **(c)**  **Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:**

    None to date.

11. **State any other matters the Court should include in its scheduling order:**

  None.

12. **The parties certify by their signatures below that they have discussed the nature and basis of their**

**claims and defenses and the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:**

While the parties cannot settle or resolve this case at this time, there are no specific problems that would create a hindrance to possible settlement in the future.

This 14th day of August, 2019.

| Attorneys for the plaintiffs: | Attorneys for the defendants: |
|---|---|
| /s/ Cary S. Wiggins<br>Cary S. Wiggins<br>Ga. Bar No. 757657<br>Admitted Pro Hac Vice<br>WIGGINS LAW GROUP<br>Suite 401<br>260 Peachtree Street, NW<br>Atlanta, GA 30303<br>Telephone: (404) 659-2880<br>cary@wigginslawgroup.com<br><br>/s/ William Sussman<br>William J. Sussman<br>Ga. Bar No. 693000<br>347 Greene Street<br>Augusta GA 30901-1698<br>Telephone: (706) 724-3331<br>wjslaw@mindspring.com | /s/Tameka Haynes<br>Randolph Frails<br>Georgia Bar No. 272729<br>Tameka Haynes<br>Georgia Bar No. 453026<br>Attorneys for Defendants<br>Frails & Wilson LLC<br>211 Pleasant Home Road, Suite A1<br>Augusta, Georgia 30907<br>Telephone: 706-855-6715<br>Facsimile: 706-855-7631<br>randyfrails@frailswilsonlaw.com<br>thaynes@frailswilsonlaw.com |