**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV119-074**                                          DATE **January 10, 2020**
TITLE **Discotheque et al v. Augusta-Richmond County, GA et al**
TIMES **1:59 pm - 2:49 pm**                                      TOTAL **50 min.**

Honorable: **J. Randal Hall, Chief Judge, U.S. District Court**     Courtroom Deputy: **Lisa Widener**
Court Reporter: **Lisa Davenport**                                   Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Attorney for |
|---|---|---|
| Cary S. Wiggins<br>William Sussman | Randolph Frails | |

PROCEEDINGS: **SHOW CAUSE HEARING**                     ☑ In Court
                                                        ☐ In Chambers

All parties present and ready to proceed.

After hearing from the parties, the Court orders Plaintiff brief due no later than Monday, 01/20/2020. The Defendants have seven days thereafter to response.