IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DISCOTHEQUE, INC., and THELMORE JAMES LESTER, as Executor of the Estate of James Thelmore Lester, and Next of Kin,<br><br>    Plaintiffs,<br><br>    -vs-<br><br>AUGUSTA-RICHMOND COUNTY, GEORGIA,<br><br>    and<br><br>MAYOR HARDIE DAVIS, JR., WILLIAM FENNOY, DENNIS WILLIAMS, MARY DAVIS, SAMMIE SIAS, BOBBY WILLIAMS, BEN HASAN, SEAN FRANTOM, BRANDON GARRETT, MARION WILLIAMS, AND JOHN CLARKE, all in their individual capacities as Members of the Augusta-Richmond County Commission,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:19-CV-00074-JRH-BKE |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs DISCOTHEQUE, INC. and THELMORE JAMES LESTER (as Executor of the Estate of James Thelmore Lester, and Next of Kin) appeal to the United States Court of Appeals for the Eleventh Circuit from the final order and judgment granting Defendants' motion for summary judgment entered on September 13, 2021 [see Docs. 50

& 51] and from all interlocutory orders, including the order of April 14, 2020 [Doc. 28], adverse to the plaintiffs made final thereby.

This 17th day of September, 2021.

Respectfully submitted,

By: /s/ Cary S. Wiggins
Cary S. Wiggins
Ga. Bar No. 757657

WIGGINS LAW GROUP, LLC
Suite 401
260 Peachtree Street, NW
Atlanta, Georgia 30303
Telephone:  (404) 659-2880
cary@wigginslawgroup.com
www.wigginslawgroup.com


BY: /s/ William Sussman
William J. Sussman
Ga. Bar No. 693000

347 Greene Street
Augusta GA 30901-1698
Telephone: (706) 724-3331
wjslaw@mindspring.com

CERTIFICATE OF SERVICE

I certify that I have this day sent a pdf copy of PLAINTIFFS' NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Tameka Haynes, Esq.
    Randolph Frails, Esq.
    Frails & Wilson LLC
    211 Pleasant Home Road, Suite A1
    Augusta, Georgia 30907

    randyfrails@frailswilsonlaw.com
    thaynes@frailswilsonlaw.com

This 17th day of September, 2021.

                                      BY: /s/ Cary S. Wiggins
                                         Cary S. Wiggins
                                         Ga. Bar No. 757657

WIGGINS LAW GROUP
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303
Telephone: (404) 659-2880
Facsimile: (404) 659-3274
cary@wigginslawgroup.com