# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>CLERK OF COURT | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | TELEPHONE  (706)849-4400 |

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  CV 1:19-74

U.S.C.A. Number

RE:  Discotheque, Inc.,et al., v. Augusta-Richmond County, Georgia

---

Enclosed are documents regarding an appeal in this matter.

- [x] Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed
- [x] First Notice of Appeal:  [✓] Yes  [ ] No
      Date of other  09/17/2021
- [ ] Certified record on appeal consisting of:
      ___ Volume (s) of pleadings;  ___ Volume (s) of transcripts;
      ___ Volume (s) of exhibits/deposition;  ___ other: _____
- [ ] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed):
- [x] The appellate docket fee has been paid:  [✓] Yes  [ ] No
      Date paid _____
- [ ] Appellant has been ___ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)
- [x] The Judge appealed from is  Chief Judge J. Randal Hall
- [x] The Court Reporter is  Lisa Davenport
- [ ] This is an appeal of a bankruptcy order
      Bankruptcy Judge: _____
- [ ] This is a DEATH PENALTY appeal
- [ ] OTHER:

cc:  Cary S. Wiggins
     William J. Sussman
     Tameka Haynes

Sincerely,

JOHN E. TRIPLETT, CLERK OF COURT
U.S. DISTRICT COURT

BY: *Tara H. Burton*
    Deputy Clerk

DATE: 09/20/2021