IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DISCOTHEQUE, INC. and THELMORE JAMES LESTER, as Executor of the Estate of James Thelmore Lester, and Next of Kin, | * * * * * | |
| Plaintiffs, | * | CV 119-074 |
| v. | * * | |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, et al., | * * * | |
| Defendants. | * * | |

# O R D E R

Presently before the Court is Plaintiffs' Emergency Motion for Injunction Pending Appeal. (Doc. 54.) In light of this emergency motion, in the exercise of the Court's discretion and pursuant to Local Rule 7.7, S.D. Ga., the Court waives normal response requirements and **ORDERS** Defendant Augusta-Richmond County, Georgia to file a response to Plaintiffs' Emergency Motion (Doc. 54) by **5:00 P.M., MONDAY, SEPTEMBER 27, 2021.**

**ORDER ENTERED** at Augusta, Georgia, this *23rd* day of September, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA